JACOB CARROLL, JR. v. WILLIAM D. W. PECK.

A writ, dated 19th December, 1866, was directed "to the sheriff of Gonzales county." It was not fatal to the writ that it was not directed to "the sheriff or any constable," as required by the amendatory act of 12th November, 1866. (Paschal's Dig., 2d ed., Art. 1430.)

ERROR from Gonzales. The case was tried before Hon. J. J. HOLT, one of the district judges.

The writ was directed to the sheriff of Gonzales county. The judgment was by default. The defendant below, among other things, assigned for error, that no legal writ had been served on him.

*Finlay & Stewart,* for plaintiff in error.—The judgment was by default, and the citation was illegal and void, because it was directed to the "sheriff of Gonzales county," and not "to the sheriff or any constable of Gonzales county," as required by the act of November 12, 1866. (Acts, p. 199; Frosch v. Schlumpf, 2 Tex., 422; Neill v. Brown, 11 Tex., 17.)

*Conley & O'Connor,* for defendant in error, suggested delay.

CALDWELL, J.—The only error relied on in this court is, that there was no sufficient service, in this, that the writ was "directed to the sheriff of Gonzales county," and not to the "sheriff or any constable of Gonzales county."

The statute is in the alternative, and the writ may be directed to the sheriff only, or, for sufficient cause, to the constable.

JUDGMENT AFFIRMED.